# GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC 10E
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS          (SBN 108325)
BEN J. MEISELAS          (SBN 277412)
MATTHEW M. HOESLY        (SBN 289593)

**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
HARMEET K DHILLON        (SBN: 207873)
harmeet@dhillonlaw.com
NITOJ P. SINGH           (SBN: 265005)
nsingh@dhillonlaw.com

*Attorneys for Plaintiff*,
10E, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK'S ENGINE COMPANY No. 28 RESTAURANT, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELER'S INDEMNITY COMPANY OF CONNECTICUT, a coproation; ERIC GARCETTI, an individual; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-04423-AB-SK<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:    September 4, 2020<br>Time:    10:00 a.m.<br>Place:   Courtroom 7B,<br>         First Street Courthouse<br>         350 W. First Street<br>         Los Angeles, CA 90012<br>Judge:   Andre Birotte, Jr. |

Plaintiff Mark's Engine Company No. 28 ("Engine Co.") submits this notice of supplemental authority to advise the Court of the August 12, 2020 decision of the United States District Court for the Western District of Missouri in *K.C. Hopps, LTD., v. The Cincinnati Ins. Co.,* Civil Case No. 20-cv-00437-SRB, (W.D. Mo. Aug. 12, 2020), a copy of which is attached as **Exhibit A** hereto. The decision in *K.C. Hopps, LTD.*, which involves a claim under a property insurance policy for COVID-19 related business income loss, provides further support for the arguments made in Engine Co.'s Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, see ECF Doc. No. 34 at 5-13 (arguing that a substantial prohibition of access to the subject property triggers civil authority coverage and that "direct physical loss" is not limited to physical alteration to property.) The in *K.C. Hopps, LTD.* Decision is based on substantially the same reasons as in the Court's August 12, 2020 decision in *Studio 417*, *Inc., et al.* v. *The Cincinnati Insurance Company, Case No. 20-cv-03127 SRB,* involving the same Defendant, similar insurance provisions, and similar factual allegations. The *Studio 417* decision is attached as **Exhibit B**.

DATED: August 27, 2020

**GERAGOS & GERAGOS, APC**
**DHILLON LAW GROUP INC.**

By: /s/ Mark J. Geragos
MARK J. GERAGOS
BEN J. MEISELAS
MATTHEW M. HOESLY
HARMEET K DHILLON
NITOJ P. SINGH
*Attorneys for Plaintiff*, MARK'S ENGINE CO. No. 28, LLC

- ii -